# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| OVERSEERS, LLC, A PENNSYLVANIA LIMITED LIABILITY COMPANY, | : | No. 301 WAL 2018 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| WALTER ADKINS, III, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| WALTER ADKINS, III, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| OVERSEERS, LLC, A PENNSYLVANIA LIMITED LIABILITY COMPANY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 7th day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.